UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Innotext, Inc.,

    Plaintiff,

v.                                     Case No. 08-11077

Petra Lex USA, Inc., *et al.*,          Honorable Sean F. Cox

    Defendants.
_____/

## ORDER GRANTING
## DEFENDANT'S RULE 50 MOTION AS TO UNJUST ENRICHMENT CLAIM

Plaintiff asserts the following four counts in this action: "Breach of Contract" (Count I); Violation of MCLA § 600.2961" (Count II); "Breach of Implied Contract" (Count III); and "Unjust Enrichment/Procuring Cause" (Count IV).

At close of Plaintiff's proofs on June 28, 2010, Defense Counsel made an oral motion pursuant to FED. R. CIV. P. 50(a). The Court heard oral argument on the motion on June 28, 2010. In addition, on June 29, 2010, Defendant filed a brief in support of its motion. (Docket Entry No. 70). On June 30, 2010, Plaintiff filed a brief in opposition to the motion. (Docket Entry No. 71).

In a previous order, this Court granted Defendants Rule 50 Motion as to Counts I, II and III, and took the motion under advisement as to Count IV.

IT IS ORDERED that the Court hereby GRANTS Defendant's Rule 50 Motion as to Plaintiff's Unjust Enrichment Claim (Count IV). A written Opinion shall be issued forthwith.

1

IT IS SO ORDERED.

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated: July 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 2, 2010, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager