UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Innotext, Inc.,

    Plaintiff,

v.                                        Case No. 08-11077

Petra'Lex USA, Inc., *et al.*,        Honorable Sean F. Cox

    Defendants.

_____/

## **JUDGMENT**

For the reasons set forth in an Opinion & Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

                                    s/Sean F. Cox
                                    Sean F. Cox
                                    United States District Judge

Dated: July 6, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 6, 2010, by electronic and/or ordinary mail.

                                    s/Jennifer Hernandez
                                    Case Manager