UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Innotext, Inc.,

    Plaintiff,                                            Case No.  08-11077

    v.                                                     Hon. Sean F. Cox

Petra'Lex USA, Inc.,

    Defendants.

_____/

## AMENDED ORDER REGARDING TRIAL

1.     Trial will begin on **May 7, 2013**. Motions in Limine, as well as admissibility of Exhibits will be argued on **May 7, 2013**. Jury selection will be on **May 7, 2013 at 8:30 a.m.**

2.     The parties are directed to the Court's website regarding this Court's practice guidelines, including those relating to pretrial orders and trial.

3.     Trial Briefs.

    Trial briefs identifying issues relevant to the Trial of the above captioned matter, with attached relevant authority; Motions in Limine, with attached relevant authority; complete Jury Instructions, with Verdict Form; and Voir Dire, must be filed by **April 30, 2013.** Hard copies must be provided to the Court.

4.     Exhibits.

    The parties must meet and submit a proposed list of agreed upon exhibits by **April 30, 2013.** Plaintiff's exhibits shall be identified with consecutive letters (A,B,C, etc.) and Defendants' exhibits shall be identified by consecutive numbers (1,2,3, etc.) . A sample exhibit list is attached.

5. Trial Days.

The parties met with the court on **January 10, 2013**. Plaintiff indicated that they will need **4** days to present proofs to the court. Defendant indicated that they will need **3** days to present proofs to the court. Plaintiff will need **1** day for rebuttal. The Trial day is from 8:30 a.m. to 1:00 p.m.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: January 14, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 14, 2013, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager

**Counsel: Prior to trial please contact the Court Reporter for directions for <u>trial</u> exhibits.**

Case Number

Case Caption <u>**v.**</u>

Appearance - Government

Appearance - Defendant

## E X H I B I T S

| DATE | GVT/DEF NO. | BRIEF DESCRIPTION | OFF'D | REC'D |
|------|-------------|-------------------|-------|-------|
|      |             |                   |       |       |
|      |             |                   |       |       |
|      |             |                   |       |       |
|      |             |                   |       |       |
|      |             |                   |       |       |
|      |             | **S A M P L E**   |       |       |
|      |             |                   |       |       |
|      |             |                   |       |       |
|      |             |                   |       |       |
|      |             |                   |       |       |