UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOTEXT, INC.,

       Plaintiff,

-vs-

PETRA'LEX USA, INC., a
North Carolina corporation,

       Defendant.
_____/

Case No. 2:08-cv-11077
Hon. Sean F. Cox
Magistrate Judge Steven D. Pepe

| | |
|---|---|
| DRIGGERS, SCHULTZ & HERBST, P.C. | BOGAS, KONCIUS & CROSON, P.C. |
| Richard B. Tomlinson (P27604) | KATHLEEN L. BOGAS (P25164) |
| Attorneys for Plaintiff | CHARLOTTE CROSON (P56589) |
| 2600 West Big Beaver Road, Suite 550 | Attorneys for Defendant |
| Troy, MI  48084 | 31700 Telegraph Road, Suite 160 |
| (248) 649-6000 | Bingham Farms, MI  48025 |
| | Tel: 248-502-5000 |
| | Fax:: 248-502-5001 |
| | office@kbogaslaw.com |

_____/

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This matter having come before the court up on the stipulation of the parties, through

counsel, and the Court being otherwise further advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice

and;

IT IS HEREBY ORDERED that this Order resolves the last pending claim and/or closes

1

the case in its entirety;

IT IS SO ORDERED.


Dated:  May 13, 2013                                    s/ Sean F. Cox
                                                       Sean F. Cox
                                                       U. S. District Judge




WE HEREBY STIPULATE TO ENTRY:


/s/Richard B. Tomlinson_____
Richard B. Tomlinson (P27604)              Date:  May 10, 2013
DRIGGERS, SCHULTZ & HERBST, P.C.
Attorneys for Plaintiff




/s/Kathleen L. Bogas_____ _____
KATHLEEN L. BOGAS (P25164)                 Date:  May  13, 2013
BOGAS, KONCIUS & CROSON, PC
Attorneys for Defendant